IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER E. McDOWELL,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 23-CV-1646** |
| : | |
| **DEPARTMENT OF HUMAN** : | |
| **SERVICES,** *et al.*, : | |
|     Defendants. : | |

### ORDER

AND NOW, this 11th day of August, 2023, upon consideration of Plaintiff Jennifer E. McDowell's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. No later than fourteen (14) days from the date this Order is filed, McDowell shall **SHOW CAUSE** by filing a "Response to Show Cause Order" not to exceed ten (10) pages stating why the Court should not enjoin her from filing any additional lawsuits about the alleged DHS investigations against her and related conspiracy underlying her claims in this case and her three prior cases — Civil Action Numbers 21-4756, 22-667 and 22-1147 — unless she is represented by counsel and pays the fees to commence the case.

5. The Clerk of Court shall **CLOSE** this case.

                                                                                            **BY THE COURT:**

                                                                                       */s/ Mitchell S. Goldberg*
                                                                                       **MITCHELL S. GOLDBERG, J.**